# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. MCMAHILL,

              Plaintiff,

   v.

CMO T. MCGINNIS, et al.,

              Defendants.

_____/

CASE NO. 1:08-cv-01264-SMS PC

ORDER STRIKING UNSIGNED FILING, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A SIGNED RESPONSE

(Doc. 6)

      On September 10, 2008, Plaintiff filed a response to the Court's order filed on September 4, 2008.  Plaintiff did not sign his filing.  The Court is precluded from considering any filing that does not bear the filing party's signature.  Local Rule 7-131; Fed. R. Civ. P. 11(a).

      Pursuant to the First Informational Order, Plaintiff's response to the Court's order is HEREBY STRICKEN for lack of signature.  Plaintiff has **thirty (30) days** from the date of service of this order to file a signed response.


IT IS SO ORDERED.

**Dated:**   **September 16, 2008**                 /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE